UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
JAN 21 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 21-30006 |
| ) | |
| v. ) | 18 U.S.C. § 641 |
| ) | |
| JASON MORGAN, ) | |
| ) | |
| Defendant. ) | |

**INFORMATION**
(Theft of Government Funds)

**THE UNITED STATES ATTORNEY CHARGES:**

Beginning on or about January, 2016, and continuing to or about July, 2016, in the Central District of Illinois and elsewhere,

JASON MORGAN,

the defendant herein, willfully and knowingly did steal and purloin unemployment benefits not exceeding $1,000, such funds being property of the United States and its Railroad Retirement Board.

All in violation of Title 18, United States Code, Section 641.

JOHN C. MILHISER
UNITED STATES ATTORNEY

By: s/ Tanner K. Jacobs
Tanner K. Jacobs, PA Bar No. 319265
Assistant United States Attorney
318 S. Sixth Street
Springfield, Illinois 62701

1